# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DUSTIN R. GIVENS

NO. 2020 KW 1169

**FEBRUARY 1, 2021**

In Re:   Dustin R. Givens, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-14-0606.

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**  The Clerk of Court of East Baton Parish has no record of receiving an application for postconviction relief or a motion to correct an illegal sentence (allegedly filed in March of 2020).  Relator should file the pleadings with the clerk of court of the district court before seeking relief from this court.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT